**Order entered October 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01300-CR

**CHARLES EDWARD SIELOFF III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-35795-P**

## ORDER

After this Court dismissed appellant's previous appeal for want of jurisdiction, appellant was granted an out-of-time appeal by the Texas Court of Criminal Appeals. *See Ex parte Sieloff*, No. WR-82,037-01 (Tex. Crim. App. Sept. 24, 2014) (per curiam) (not designated for publication). Accordingly, we **DIRECT** the Clerk of this Court to transfer the clerk's and reporter's records and appellant's brief from the appeal in cause no. 05-12-01096-CR, styled *Charles Edward Sieloff III v. The State of Texas*, into the above appeal We further **DIRECT** the Clerk to file a copy of this order among the papers of cause no. 05-12-01096-CR.

The notice of appeal does not contain a file-stamp for the Dallas County District Clerk. Accordingly, we **DIRECT** the Clerk of this Court to transmit a copy of appellant's October 10, 2014 notice of appeal to the Dallas County District Clerk. *See* TEX. R. APP. P. 25.2(c)(1).

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a clerk's record containing appellant's October 10, 2014 notice of appeal and any other documents filed with the Dallas County District Clerk since the previous appeal was dismissed on June 7, 2013.

We **ORDER** appellant to file a supplemental brief containing any supplemental authority in support of the issues raised in his June 3, 2014 brief within **THIRTY DAYS** of the date of this order.

The State's brief is due within **SIXTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Melvyn Carson Bruder; and the Dallas County District Attorney's Office.

/s/    ADA BROWN
        JUSTICE